No.'7800.

### T. J. FUQUA VS. J. H. PHARES.

A physician, residing with his family upon a tract of land of five hundred acres, is entitled to a homestead of one hundred and sixty acres, if he in all respects fulfils the conditions and requirements of the Homestead Act.

APPEAL from the District Court for East Feliciana. McVEA, J.

*Kernan* for Plaintiff Appellant. *Cross* and *Stone* for Defendant.

The plaintiff relied on Hargrove *v.* Flournoy, 26 La. Ann. 645, refusing exemption to a lawyer, and Roberts *v.* Gordy, 28 La. Ann. 572, refusing it to a printer.

DE BLANC, J. They were denied the exemption, not because they were pursuing the occupations of lawyer and printer, but because the property, of which exemption was claimed, was not rural.

*Judgment affirmed.*